1
2
3
4
5
6
7
8                          NOT FOR CITATION
9            IN THE UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12    JOSE HERNANDEZ,                )        No. C 11-01178 JF (PR)
                                     )
13              Petitioner,          )        ORDER OF TRANSFER
                                     )
14        vs.                        )
                                     )
15    RICK HILL, Warden,             )
                                     )
16              Respondent.          )
      _____)
17

18           Petitioner, a California prisoner at Folsom State Prison, has filed a petition

19    for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state

20    conviction.  Petitioner has paid the filing fee.

21           Venue for a habeas action is proper in either the district of confinement or the

22    district of conviction, 28 U.S.C. § 2241(d).  However, Federal courts in California

23    traditionally have chosen to hear petitions challenging a conviction or sentence in

24    the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D.

25    Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  The petition

26    indicates that Petitioner was convicted in Kern County, (Pet. at 2), which lies within

27    the venue of the Eastern District of California.  See 28 U.S.C. 84(b).

28           Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
P:\PRO-SE\SJ.JF\HC.11\01178Hernandez_transfer.wpd

*United States District Court*
*For the Northern District of California*

1    States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. §§

2    1404(a), 2241(d); Habeas L.R. 2254-3.

3           The Clerk shall terminate all pending motions and transfer the entire file to

4    the Eastern District of California.

5           IT IS SO ORDERED.

6    DATED: ___5/2/11_____          _____

7                                                  JEREMY FOGEL
                                                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNANDEZ,

              Petitioner,

  v.

RICK HILL, Warden,

              Respondent.
_____/

Case Number: CV11-01178 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___5/11/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Hernandez G-59636
Folsom State Prison
P.O. Box715071
I-C5-17
Represa, CA 95671-5071

Dated: ___5/11/11_____

                         Richard W. Wieking, Clerk